

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00317-CV

**WHOLE MOBILITY, INC.**,
Appellant

v.

George A. **TALAMAS**, Individually, and George A. Talamas, Inc.,
d/b/a Watchtronics and d/b/a Marglo II,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2024CVH000055D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: July 30, 2025

DISMISSED FOR WANT OF PROSECUTION

In this appeal, the clerk's record was due on June 20, 2025. *See* TEX. R. APP. P. 35.1. On

June 20, 2025, the Webb County District Clerk notified this court that appellant had not paid the

clerk's fee for preparing the record and that appellant is not entitled to the record free of cost.

On June 26, 2025, we ordered appellant to file written proof by July 11, 2025, that either

(1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay

the clerk's fee, or that appellant is entitled to the clerk's record without prepayment of such fees and (2) that a request for the court reporter's record was made. We warned appellant that if he failed to respond as ordered, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, appellant has not filed any response with this court. Therefore, we dismiss this appeal for want of prosecution. *See id.* 37.3(b), 42.3(b), (c).

PER CURIAM